| | |
|---|---|
| 1 | **THEO TORRES** |
| 2 | California State Bar No. 324059<br>**FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
| 3 | 225 Broadway, Suite 900<br>San Diego, California 92101-5030 |
| 4 | Telephone: (619) 234-8467<br>Facsimile: (619) 687-2666 |
| 5 | Theo_Torres@fd.org |
| 6 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA (WASHINGTON, DC)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN SCHAEFER,<br><br>　　　　　Defendant. | CASE NO.: 24-mj-0007-GMH<br><br>**NOTICE OF APPEARANCE AS LEAD COUNSEL** |

Pursuant to the CM/ECF procedures in the United States District Court of Columbia (Washington, DC), Theo Torres, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 14, 2024　　　　　*s/ Theo Torres*
　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Email: Theo_Torres@fd.org